435 A.2d 637

Commonwealth v. Delgado, Appellant.

Submitted December 5, 1980. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence is affirmed.

435 A.2d 637

Commonwealth v. Devine, Appellant.

Submitted September 11, 1980. Nino V. Tinari, for appellant; Jonathan Schiffman, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.